| | | | |
|---|---|---|---|
| BEFORE: | PEGGY KUO | DATE: | 03/08/2018 |
| | U.S. MAGISTRATE JUDGE | START | 11:34 a.m. |
| | | END | 12:24 p.m. |
| DOCKET NO. | 14-CV-1088 | JUDGE: | RRM |

CASE NAME: Trustees of the Local 8A-28A Welfare Fund et al. v. American Group Administrators et al.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE: Motion Hearing

APPEARANCES: Plaintiffs: Danielle Carney
Michael Bauman
Matthew Berger

Defendant Hector
Lopez: *Pro se*, by telephone

Defendants American
Group Administrators
Inc. and Lloyd
Goldstein: Patricia Habas

**SCHEDULING AND RULINGS:**

1. The Court heard argument on Defendant Lopez's Motion to Vacate Default Judgment (ECF 184) and granted the Motion.

2. Plaintiffs must email a copy of the operative Complaint to Defendant Lopez immediately, and Defendants American Group Administrators Inc. and Lloyd Goldstein (the "AGA Defendants") must email copies of the Answers filed by the other Defendants in this action to Defendant Lopez.

3. The deadline for Defendant Lopez to file his Answer is **April 6, 2018**.

4. By **April 6, 2018**, the parties must provide the documents that have been produced in discovery in this action to Defendant Lopez.

5. The parties must serve any interrogatories and document requests on Defendant Lopez via email by **April 27, 2018**, and he must respond by **May 29, 2018**.

6. Defendant Lopez must email any interrogatories and document requests to Plaintiffs and the AGA Defendants by **June 18, 2018**.

1

7. A status conference is set for **June 26, 2018 at 10:00 a.m.** in Courtroom 11C South. Defendant Lopez must attend the conference in person.

8. If the parties wish to consent to Judge Kuo's jurisdiction in this action, they should file the required AO85 consent form, executed by all parties. The AO85 consent form is available at https://img.nyed.uscourts.gov/files/forms/AO85.pdf.